**STATE OF PENNSYLVANIA**  **SHORT CERTIFICATE**
**COUNTY OF LACKAWANNA**



I, __FRANCES KOVALESKI__

Register for the Probate of Wills and Granting Letters of Administration &c. in and for LACKAWANNA County, do hereby certify that on the 15th day of January, Two Thousand and Nineteen,

Letters of ADMINISTRATION

in common form were granted by the Register of said County, on the

estate of __DERICHIE SARAH ELLEN__, late of CARBONDALE
(Last, First, Middle)

a/k/a __DERICHIE SARAH ELLEN ROBINSON    DERICHIE SARAH E__

in said county, deceased, to __DERICHIE MICHAEL__
(Last, First, Middle)

and that same has not since been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said office at SCRANTON ELECTRIC BLDG., SUITE 400, SCRANTON, PA, this 15th day of January Two Thousand and Nineteen.

File No.      35-19-00064
Date of Death   5/01/2017
S.S. #        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

_Frances Kovaleski_
Register Of Wills

*NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL*