| | |
|---|---|
| MICHAEL F. DeRICHIE, Individually And as Administrator of the Estate of SARAH E. DeRICHIE, Deceased | IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY |
| Plaintiff | CIVIL ACTION - LAW |
| -vs- | |
| WAYNE MEMORIAL COMMUNITY HEALTH CENTERS d/b/a CARBONDALE FAMILY HEALTH CENTER; WAYNE MEMORIAL HEALTH SYSTEM, INC.; KENNETH J. BANNON, PA-C; RICHARD K. HACKER, M.D.; GEISINGER CLINIC d/b/a GEISINGER VIEWMONT IMAGING; MARK M. SKEVOFILAX, D.O.; GERALD N. LARAR, M.D.; GEISINGER CLINIC d/b/a GEISINGER WYOMING VALLEY MEDICAL CENTER; DARREN L. JACOBS, D.O.; MARK A. LACEY, PA-C; HEATHER R. PADUCK, PA-C; DOUGLAS C. NATHANSON, M.D.; GLORIA A. POMBO, PA-C, GEISINGER HEALTH SYSTEM FOUNDATION, | JURY TRIAL DEMANDED |
| Defendants | No.: 2019-CV-298 |

## ORDER

AND NOW, on this 21st day of January 2021, after careful consideration of the submissions of the parties and oral argument heard on the matter on November 18, 2020 it is hereby **ORDERED** and **DECREED**, as follows:

1. The Motion to Stay the proceedings is **GRANTED.**

2. The Motion to Dismiss the Federal Tort Claims Act Defendants is **STAYED.**

3. The Motion to Compel Discovery is **DENIED.**

BY THE COURT:

_____ J.
Honorable Margaret Bisignani Moyle